No. 70–351. DILLON *v.* UNITED STATES. C. A. 4th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–66. GUON *v.* UNITED STATES. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–169. BERTRAND, ADMINISTRATRIX *v.* FOREST OIL CORP. ET AL. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 71–175. FERNANDEZ *v.* PARKER, WARDEN. C. A. 9th Cir. Motion to dispense with printing petition granted. Certiorari denied.

No. 70–103. WILSON, WARDEN, ET AL. *v.* ALLISON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 70–174. ROBBINS, WARDEN *v.* RASTROM. C. A. 1st Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 70–311. SWENSON, WARDEN *v.* HUNTER. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 71–200. NEW ROCHELLE MUNICIPAL HOUSING AUTHORITY ET AL. *v.* KING ET AL. C. A. 2d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.